UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MUHARREM BALKANLI,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, UNITED STATES, US DHS, US ICE, MIAMI CORRECTIONAL FACILITY, INDIANA DEPARTMENT OF CORRECTION, and ALL OTHERS TO BE NAMES FROM A TO Z 1 TO 1000,<br><br>Respondents. | CAUSE NO. 3:26cv365 DRL-SJF |

ORDER

Muharrem Balkanli, an immigration detainee representing himself, seeks leave to proceed *in forma pauperis* on appeal. "An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). An appeal is taken in good faith if "a reasonable person could suppose that the appeal has some merit." *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000).

As explained in the court's May 15, 2026 irder, Mr. Balkanli asserted wholly frivolous claims in the vein of sovereign-citizen type claims and argued that he cannot be detained because he is a United States national—a claim too frivolous to invoke federal jurisdiction.

In his motion for leave to appeal *in forma pauperis*, Mr. Balkanli does not engage with this reasoning. Instead, the issues he identifies for appeal range from the constitutionality of some New York criminal statutes, a warrantless arrest, violations of

the False Claim Act, freedom of speech, denial of access to the common law court, and more. None addresses the basis for this court's ruling. A review of the court's order does not reveal any close issues. The court sees no good faith basis to challenge the denial and dismissal of the habeas petition.

For the reasons set forth more fully in this court's order denying the petition, the court CERTIFIES the appeals (Nos. 26-2256, 26-2358) are not taken in good faith and DENIES the motions for leave to proceed *in forma pauperis* on appeal (ECF 39, ECF 45).

SO ORDERED.

November 23, 2026

*s/ Damon R. Leichty*
Judge, United States District Court